United States District Court<br>For the Northern District of California

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DONG THANH VO,

    Plaintiff,

v.

SAN JOSE POLICE DEPARTMENT, et. al,

    Defendants.

No. C09-01441 HRL

**ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION**

The instant action is hereby referred to the judge presiding in *Vo v. State Of California et al,* C08-05103-JF, for a determination as to whether the actions are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: 4/10/09

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice mailed to**:

**Dong Thanh Vo**
Post Office Box 24
San Jose, CA 95103