\*\*E-Filed 5/12/2009\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DONG THANH VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case Number C 09-1441 JF (PVT)<br><br>ORDER[1] DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Docket No. 2] |

　　On April 2, 2009, Plaintiff Dong Thanh Vo filed a complaint in this Court seeking monetary relief for an alleged violation of the Fourth Amendment by various state and local agencies. The complaint does not contain any factual allegations. The complaint does state that "support" is attached, but the only support cited is the text of the Fourth Amendment. In addition, while the civil cover sheet states that the claim for relief is based upon "wrongful imprisonment," Plaintiff has not included a description of the facts underlying the wrongful imprisonment.

　　On the same day that the request was filed, Plaintiff filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement

---

[1] This disposition is not designated for publication in the official reports.

1 of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay
2 the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in*
3 *forma pauperis* status, however, if it appears from the face of the proposed pleading that the
4 action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990);
5 *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). Without expressing
6 any opinion as to whether Plaintiff can afford to pay the filing fee, the Court will DENY without
7 prejudice Plaintiff's application to proceed *in forma pauperis* on the ground that the complaint
8 provides insufficient facts with respect to the events giving rise to Plaintiff's claims, and thus the
9 Court is unable to determine if the action has merit. *See O'Loughlin*, 920 F.2d at 616. *See also*
10 Fed. R. Civ. P. 8(a)(2) (complaint should include "a short and plain statement of the claim
11 showing that the pleader is entitled to relief").

13 IT IS SO ORDERED.

16 DATED: May 12, 2009

JEREMY FOGEL
United States District Judge

Case No. C 09-1441 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

This Order has been served upon the following persons:

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

3

Case No. C 09-1441 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)