1

2      **E-Filed 9/22/2009**

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12  DONG THANH VO,                         Case Number C 09-1441 JF (PVT)

13              Plaintiff,                 ORDER[1] DISMISSING ACTION
                                           WITH LEAVE TO AMEND
14      v.                                 CONDITIONED UPON PAYMENT
                                           OF THE FILING FEE AND SERVICE
15  SAN JOSE POLICE DEPARTMENT, et al.,    OF PROCESS UPON DEFENDANT

16              Defendants.                [re:  docket no. 10]

17

18

19

20

21

22

23          On April 2, 2009, Plaintiff Dong Thanh Vo ("Vo") filed the complaint in this action,

24  seeking monetary relief for an alleged violation of the Fourth Amendment by various state and

25  local agencies.  The complaint does not contain any factual allegations.  The complaint does state

26  that "support" is attached, but the only support cited is the text of the Fourth Amendment.  In

27  _____

28      [1] This disposition is not designated for publication in the official reports.

Case No. C 09-1441 JF (PVT)
ORDER DISMISSING ACTION WITH LEAVE TO AMEND
(JFLC2)

1  addition, while the civil cover sheet states that the claim for relief is based upon "wrongful
2  imprisonment," Vo has not included a description of the facts underlying the wrongful
3  imprisonment.

4      Vo filed an application to proceed in forma pauperis along with his complaint.  On May
5  12, 2009, the court denied the application without prejudice on the ground that the complaint
6  provides insufficient facts with respect to the events giving rise to Vo's claims, and thus the
7  Court is unable to determine if the action has merit.  Order of May 12, 2009 (citing *O'Loughlin v.*
8  *Doe*, 920 F.2d 614, 616 (9th Cir. 1990); Fed. R. Civ. P. 8(a)(2)).  Vo has not yet paid the filing
9  fee.

10     On August 5, 2009, Defendant City of San Jose filed a motion to dismiss pursuant to Fed.
11  R. Civ. P. 12(b)(5) for failure to effect service of process, and pursuant to Fed. R. Civ. P.
12  12(b)(6) for failure to state a claim.  Both motions are well-taken.  Vo failed to submit any
13  written opposition.  He did appear at the hearing on September 18, 2009, but did not offer any
14  meaningful argument at that time.

15     Because Vo is proceeding *pro se*, the Court will dismiss the action without prejudice for
16  failure to state a claim upon which relief may be granted.  *See* Fed. R. Civ. P. 12(b)(6).  Vo shall
17  file any amended complaint on or before October 30, 2009, alleging the specific facts giving rise
18  to his alleged claims.  However, the Court will consider the merits of such pleading *only* if Vo
19  pays the filing fee on or before October 30, 2009 *and* effects service of process upon Defendants
20  on or before October 30, 2009.  If Vo fails to pay the filing fee or to effect service of process by
21  the deadlines provided herein, or fails to file an amended complaint within the time provided, the
22  Court will dismiss the action without prejudice for failure to prosecute.

23
24
25
26
27
28

2

**ORDER**

(1)    Defendant's motion to dismiss the complaint is GRANTED WITH LEAVE TO
AMEND; any amended pleading shall be filed on or before October 30, 2009.

(2)    Vo SHALL PAY THE FILING FEE on or before October 30, 2009;

(3)    Vo SHALL EFFECT SERVICE OF PROCESS upon Defendants on or before
October 30, 2009; and

(4)    Failure to comply with (1), (2), or (3) will result in DISMISSAL OF THE
ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

DATED:  September 22, 2009

JEREMY FOGEL
United States District Judge

3

1   Copies of Order served on:

2

3

4   Nkia Desiree Richardson cao.main@sanjoseca.gov

5   Dong Thanh Vo

6   Post Office Box 24

7   San Jose, CA 95103

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-1441 JF (PVT)
ORDER DISMISSING ACTION WITH LEAVE TO AMEND
(JFLC2)