**E-Filed 2/23/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case Number C 09-1441 JF (PVT)<br><br>ORDER[1] DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

　　　On September 22, 2009, the Court dismissed this action with leave to amend on a number of grounds, including Plaintiff's failure to pay the filing fee. The Court instructed Plaintiff to pay the filing fee on or before October 30, 2009, and informed Plaintiff that failure to pay the fee by this date would result in dismissal of the action without prejudice for failure to prosecute.

---

　　　[1] This disposition is not designated for publication in the official reports.

1 | Plaintiff has failed to pay the filing fee.

2 | **ORDER**

3 | The action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

4 |

5 |

6 | DATED: February 23, 2010

7 |

8 | _____
9 | JEREMY FOGEL
  | United States District Judge

1 | Copies of Order served on:
2 |
3 |
4 | Nkia Desiree Richardson cao.main@sanjoseca.gov
5 | Dong Thanh Vo
6 | Post Office Box 24
7 | San Jose, CA 95103

Copies of Order served on:

Nkia Desiree Richardson cao.main@sanjoseca.gov

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

3

Case No. C 09-1441 JF (PVT)
ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE
(JFLC2)