**E-Filed 9/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO, | Case Number C 09-1441 JF (PVT) |
| Plaintiff, | ORDER[1] RE DOCUMENTS FILED JULY 23, 2010 AND JULY 29, 2010 |
| v. | [re: document nos. 17 and 18] |
| SAN JOSE POLICE DEPARTMENT, et al., | |
| Defendants. | |

On February 23, 2010, the Court dismissed the instant action for failure to pay the filing fee. On July 23, 2010, Plaintiff filed a letter stating that some of his files had been stolen. On July 29, 2010, Plaintiff filed an additional document purporting to notice a hearing on September 2, 2010. The Court informs Plaintiff that this case is CLOSED. The documents in question are without legal effect.

IT IS SO ORDERED.

DATED: September 13, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1441 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)

1  This Order has been served upon the following persons:

2  Dong Thanh Vo
   Post Office Box 24
3  San Jose, CA 95103

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-1441 JF (PVT)
ORDER RE DOCUMENTS FILED JULY 23, 2010 ETC.
(JFLC2)